## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 1:20-CV-20961-KMW

SILVA HARAPETI, *and other similarly situated individuals*,

      Plaintiff(s),

vs.

CBS TELEVISION STATIONS INC., *a Foreign Profit Corporation*,

      Defendant.

_____/

### DEFENDANT'S NOTICE OF FILING

In compliance with Southern District of Florida Local Rule 5.3, Defendant CBS Television Stations Inc. ("Defendant" or "CBS"), by and through undersigned counsel, hereby files the exhibits admitted into evidence in opposition to Plaintiff's Corrected Motion for Conditional Certification and Facilitation of Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) (ECF No. 28) heard on September 24th, October 14th, and October 16th, 2020.  The following Defendant's Exhibits were admitted into evidence at the evidentiary hearing:

| DEFENDANT'S EXHIBIT | DOCUMENT TITLE |
|---|---|
| 5 | 2015-2018 SAG-AFTRA/KCBS/KCAL Duopoly Staff Newsperson's Agreement |
| 6 | 2016-2019 Staff Radio and Television Promotion Writer/Producers and Newswriters (Los Angeles) Supplement to the WGA-CBS National Staff Agreement |
| 7 | 2014-2017 SAG-AFTRA/KDKA-TV Minimum Basic Agreement for Staff Announcers |

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131 – (305) 789-8900

| 8 | 2015-2018 SAG-AFTRA/KDKA-TV Freelance Agreement for Television Artists |
|---|---|
| 8 | Employee Records Chart |
| 9 | Memorandum of Agreement between KDKA-TV and SAG-AFTRA |
| 10 | General Memorandum of Agreement of November 24, 2014 between CBS Broadcasting Inc. and IATSE, Local 600 |
| 11 | KPIX-TV-IATSE Agreement News Department Photographers/Camerapersons |
| 12 | Extension of 2017-2020 KPIX/KBCW Agreement for Photographers |
| 13 | KPIX-TV/SAG-AFTRA Staff Newspersons/Announcers, April 1, 2014 - December 31, 2016 |
| 14 | KPIX-TV/SAG-AFTRA Staff Newspersons/Announcers, April 1, 2017 - December 31, 2020 |
| 15 | KPIX-TV/KBCW-TV-IBEW Local 45 Agreement 2017-2020 |
| 16 | SAG-AFTRA - KYW-AM Agreement for Announcers/Newspersons and Artists |
| 17 | SAG-AFTRA - KYW-TV Agreement |
| 18 | SAG-AFTRA-CBS Chicago Basic Minimum Agreement of 2017-2020 for WBBM-TV Staff Newspersons |
| 19 | 2016-2019 Staff Radio and Television Newswriters (Chicago) Supplement to the WGA/CBS National Staff Agreement |
| 20 | WBZ-TV/SAG-AFTRA Agreement Television News Editors-Writers |
| 21 | WBZ-TV/SAG-AFTRA Agreement Television News Editors-Writers |
| 23 | SAG-AFTRA -WBZ-AM/WBZ-TV Agreement Announcers and Freelance Performers |
| 24 | Basic Minimum Agreement Between Screen Actors Guild-American Federation of Television and Radio Artists and CBS Broadcasting, Inc. |
| 25 | Basic Minimum Agreement Between Screen Actors Guild-American Federation of Television and Radio Artists and CBS Broadcasting, Inc. |
| 26 | WJZ-TV/AFTRA Agreement 2006-2009 |
| 27 | Declaration of Joel Goldberg (ECF No. 48-1) |
| 28 | Declaration of Carl Larson (ECF No. 48-2) |
| 29 | Declaration of Jose Andino (ECF No. 48-3) |
| 30 | Declaration of Maria Truisi-Kenney (ECF No. 48-4) |

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131 – (305) 789-8900

| 31 | SAG-AFTRA -WBZ-AM/WBZ-TV Agreement Announcers and Freelance Performers |
|----|------------------------------------------------------------------------|
| 32 | CBS Television Stations Group Chart |
| 33 | Collective Bargaining Agreement Summary Chart |

Respectfully submitted this 26th day of October, 2020.

BAKER & MCKENZIE LLP
*Attorneys for CBS Television Stations, Inc.*
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile:  (305) 789-8953

By:  /s/ *William V. Roppolo*
William V. Roppolo, Esq.
Florida Bar No. 182850
william.roppolo@bakermckenzie.com

Benjamin C. Davis, Esq.
Florida Bar No. 110734
benjamin.davis@bakermckenzie.com

*– and –*

Blair J. Robinson (*Pro Hac Vice*)
Paul C. Evans (*Pro Hac Vice*)
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1632
blair.robinson@bakermckenzie.com
paul.evans@bakermckenzie.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *William V. Roppolo*
William V. Roppolo, Esq.

1

## **<u>SERVICE LIST</u>**

### **SILVA HARAPETI,**

### **v.**

### **CBS TELEVISION STATIONS, INC.**

### **CASE NO. 20-20961-CIV-Williams**

### **UNITED STATES DISTRICT COURT**
### **SOUTHERN DISTRICT OF FLORIDA**

Peter M. Hoogerwoerd, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
pmh@rgpattorneys.com
Phone: (305) 416-5000
Facsimile: (305) 416-5005
*Attorneys for Plaintiff Silva Harapeti*

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131 – (305) 789-8900