UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-20961-WILLIAMS/LOUIS

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS, INC.,
*et al.*,

    Defendant.
_____/

## ORDER

This Court entered a Report and Recommendation (ECF No. 112) on Plaintiff Silva Harapeti's Corrected Motion for Conditional Certification and Facilitation of Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) (ECF No. 28), which addresses various issues with Plaintiff's proposed notice (ECF No. 28-2). In order to avoid further delay if and when this Report and Recommendation is adopted, the Parties are hereby ordered to confer in an effort to submit a joint amended proposed notice that addresses the deficiencies identified in the Report and Recommendation. Specifically, the proposed notice must include Defendant's counsel's name and contact information; advise potential class members of the possible costs and liabilities of joining this action, including participation in discovery, sufficient to facilitate an informed decision to join the lawsuit; and inform recipients of their right to obtain independent legal representation.

The amended notice should further define class membership consistently with the recommendations made in the Report, that is, employees of CBS Television at WFOR-TV who worked as a Freelance Television Journalist or Producers and were subject to a per diem pay

practice and were not paid overtime at any time within the three years prior to the filing of this action on January 29, 2020.

The purpose of conferral and a joint amended notice is to afford the Parties the opportunity to advance language agreeable to both. To the extent they fail to agree on any portion of the proposed notice, the joint filing should clearly delineate that which is jointly proposed and that for which competing proposals are being advanced. The proposed notice shall be jointly filed within 14 days from the date of this Order.

**DONE** and **ORDERED** in Chambers in Miami, Florida, this 21st day of December, 2020.

HON. LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE