UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-20961-WILLIAMS/LOUIS

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS, INC.,
and CBS BROADCASTING, INC.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Plaintiff Silva Harapeti's Unopposed Motion to Extend Expert Witness Deadlines (ECF No. 92). This Motion was referred to the undersigned United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, by the Honorable Kathleen M. Williams, United States District Judge (ECF No. 98). A hearing was held on this Motion on December 12, 2020, and was continued on January 5, 2021. Upon consideration of the Motion, and being otherwise fully advised in the premises, I recommend that the court grant Plaintiff's Unopposed Motion to Extend Expert Witness Deadlines and extend the deadline to serve expert disclosures pursuant to Rule 26(a)(2)(B) until June 4, 2021. Consistent with that extension, and having considered the Parties' status of discovery, including putative class member discovery, I respectfully recommend the Court amend the Trial Scheduling Order (ECF No. 13), as follows:

    June 4, 2021:        deadline to disclose expert disclosure pursuant to Rule 26(a)(2)(B)

    July 6, 2021:        deadline to exchange rebuttal expert summaries and reports

    August 13, 2021:    deadline to complete all discovery

1

August 27, 2021:     deadline to mediate

September 24, 2021:  deadline to file dispositive motions, including class-related motions

October 15, 2021:    deadline to file motions *in limine* and the Parties' pretrial stipulation

November 5, 2021:    deadline to file deposition designations intended for use in trial

These deadlines have been proposed by the Parties, following conferral required by the undersigned, and in reasonable anticipation of what each deadline will require from counsel, the Parties, and potential witnesses. Based on representations by counsel and my familiarity with the case as a whole, I respectfully submit that good cause exists for the continuance of trial until at least November of this year to permit the extended deadlines proposed by the Parties and as set forth above.

A party shall serve and file written objections, if any, to this Report and Recommendation with Kathleen M. Williams, United States District Court Judge for the Southern District of Florida, by no later than January 8, 2021.[1] Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida, on this 6th day of January, 2021.

HON. LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

---

[1] The objection period is being shortened because the recommendations herein are made jointly by the Parties.