UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20961-CIV-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS, INC. *et al.*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lauren Fleischer Louis' report and recommendation (the "Report") (DE 112) on Plaintiff's corrected motion for conditional certification and facilitation of Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b). (DE 28). The Report recommends that Plaintiff's motion be **GRANTED IN PART**. The Parties did not file objections to the Report and the time to do has now passed. The Court has independently reviewed Judge Louis' Report and the record. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 112) are **AFFIRMED AND ADOPTED**. Plaintiff's motion (DE 28) is **GRANTED IN PART**.

2. A collective action limited to similarly situated employees who worked as Freelance Television Journalists or Producers for CBS Television at WFOR-TV in Miami in the three years preceding the filing of this action is **CONDITIONALLY CERTIFIED**.

3. The Parties' amended proposed class notice (DE 117-1) is **APPROVED**.

4. Within **15 days** of this Order, Defendants shall produce the name, last known address, telephone number, and email address of all potential plaintiffs to the third-party administrator responsible for administering the notice process.

5. The third-party administrator shall send the approved class notice (DE 117-1) to each potential class member by both U.S. Mail and by email.

6. Potential plaintiffs shall have **60 days** from the date the notices are initially mailed to file a Consent to Become Opt-In Plaintiff Form (DE 28-3).

7. A copy of the approved class notice (DE 117-1) shall be posted at WFOR-TV's business locations in Miami, Florida.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 11th day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE