UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20961-CIV-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS, INC. *et al.*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lauren Fleischer Louis' report and recommendation (the "Report") (DE 120) on Plaintiff's unopposed motion to extend expert witness deadlines (DE 92). The Parties did not file objections to the Report and the time to do has now passed. The Court has independently reviewed Judge Louis' Report and the record. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 120) are **AFFIRMED AND ADOPTED**. Plaintiff's motion (DE 92) is **GRANTED**.

2. The Court's Scheduling Order (DE 13) is **AMENDED** as follows:

| | |
|---|---|
| June 4, 2021 | The Plaintiff shall disclose experts, expert witness summaries and reports. |
| June 4, 2021 | The Defendant shall disclose experts, expert witness summaries and reports. |
| July 6, 2021 | The Parties shall exchange rebuttal expert witness summaries and reports. |

| | |
|---|---|
| August 13, 2021 | The Parties shall complete all discovery, including expert discovery. |
| August 27, 2021 | The Parties shall complete mediation and file a mediation report with the Court. |
| September 24, 2021 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any other basis. |
| October 15, 2021 | The Parties shall each file one motion *in limine* in accordance with Section IV below. All motions *in limine* must be filed at least six weeks before calendar call. |
| October 15, 2021 | The Parties shall file a joint pre-trial stipulation, exhibit lists, and witness lists in accordance with Local Rule 16.1(d) and (e) and Section V below. The Parties shall also file proposed jury instructions or conclusions of law (for non-jury trials) in accordance with Section VI below. |
| November 5, 2021 | The Parties shall file their deposition designations in accordance with Section VII below. |
| January 11, 2022 | Calendar Call is **SET** for 11:00 AM |

January 18, 2022    Jury Trial.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>11th</u> day of January, 2021.

                                                  KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE