UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-20961-WILLIAMS/LOUIS

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS, INC.,
*et al.*,

    Defendants.
_____/

## ORDER SETTING BRIEFING AND HEARING

**THIS CAUSE** is before the Court on Plaintiff's Motion for a Hearing on her Motion to Seal or For Leave to File Pseudonymously Opt-In Notices (ECF No. 131). This Motion was referred to the undersigned United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, by the Honorable Kathleen M. Williams, United States District Judge (ECF No. 5). Plaintiff's current Motion seeks an evidentiary hearing on her Motion to Seal or For Leave to File Pseudonymously Opt-In Notices (ECF No. 116).

At a status conference conducted on March 9, 2021, defense counsel object to the need for an evidentiary hearing on the Motion, noting the absence of any evidence attached to the motion itself. Plaintiff counsel proffered that two witnesses, including Plaintiff, would testify in support of the motion, and sought leave to present that testimony before the motion to seal is decided.

Plaintiff is permitted to supplement the Motion to Seal by no later than March 11, 2021. Any written response to that supplementation must be filed by Defendants by March 18, 2021.

1

Additionally, leave to file the supplemental materials under seal was granted.

Accordingly, Plaintiff's Motion for Hearing is **GRANTED**. A hearing will be conducted on Plaintiff's Motion to Seal (ECF No. 116) on March 22, 2021 at 11:00am, United States Courthouse, Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of March, 2021.

LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE