UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-CV-20961-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lauren Fleischer Louis' Report and Recommendation on Defendants' Motions to Dismiss the Opt-In Plaintiffs Derricke Dennis, Tiffani Helberg, and Stephen John Langford ("Report"). (DE 132). Defendants filed objections to the Report. (DE 146).

In the Report, Judge Louis recommended that Defendants' Motions (DE 106; DE 110) be **DENIED WITHOUT PREJUDICE** as prematurely filed. Judge Louis explained that Defendants can renew their arguments as to why these opt-in plaintiffs do not fall into the conditional class at the close of discovery. On September 24, 2021, Defendants filed a Motion for Decertification, in which they renewed their arguments as to why Derricke Dennis, Tiffani Helberg, and Stephen John Langford do not belong in this action. (DE 157). Accordingly, based upon an independent review of the Report, the Objections, and the full record in this case, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Louis' Report (DE 132) is **ADOPTED AND AFFIRMED.**

    2.    Defendants' Motions to Dismiss (DE 106; DE 110) are **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in chambers in Miami, Florida this 30th day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE