**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-CV-20961-WILLIAMS/LOUIS

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS, INC.,
and CBS BROADCASTING, INC.,

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on the Parties' Joint Motion for Extension of Time to Extend Pretrial Deadlines (ECF No. 164). This Motion was referred to the undersigned United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, by the Honorable Kathleen M. Williams, United States District Judge (ECF No. 170). Upon consideration of the Motion, and being otherwise fully advised in the premises, I hereby recommend that the Court grant the Joint Motion for Extension of Time to Extend Pretrial Deadlines and extend the pretrial deadlines to match the deadlines in the related action, *Harapeti v. CBS Television Stations, Inc., et al.*, Case No. 1:20-cv-22995-KMW. I respectfully recommend the Court amend the Scheduling Order (ECF No. 122), as follows:

    November 12, 2021:   deadline to file motions *in limine*

    December 3, 2021:    deadline to file a joint pretrial stipulation

    December 10, 2021:   deadline to file deposition designations

These deadlines have been proposed by the Parties and, based on representations by counsel and my familiarity with the case as a whole, I respectfully submit that good cause exists

for the extended deadlines proposed by the Parties and as set forth above.

A party shall serve and file written objections, if any, to this Report and Recommendation with Kathleen M. Williams, United States District Court Judge for the Southern District of Florida, by no later than October 18, 2021.[1] Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida, on this 15th day of October, 2021.

_____
HON. LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

---

[1] The objection period is being shortened because the recommendations herein reflect the mutual, uncontested requests of the Parties.