UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20961-CV-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lauren F. Louis' Report and Recommendation (DE 171) on the Parties' Joint Motion for an Extension of the Pretrial Deadlines (DE 164). In the October 15, 2021 Report, Judge Louis recommends that the Motion be **GRANTED**. On that same day, the Parties filed a Joint Notice (DE 172), explaining that they have no objections to the Report. Accordingly, upon a close review of the Motion, the Report, and the record, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 171) is **AFFIRMED AND ADOPTED**.
2. The Parties' Joint Motion (DE 164) is **GRANTED**. The Parties shall comply with the following deadlines:

   - The Parties shall file their *motions in limine* by no later than **November 12, 2021**.
   - The Parties shall file their joint pretrial stipulation, exhibit lists, witness lists, and proposed jury instructions by no later than **December 3, 2021**.
   - The Parties shall file their deposition designations by no later than **December 10, 2021**.

3. All other deadlines in the Amended Scheduling Order (DE 122) shall remain the same.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>21st</u> day of October, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE