UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-CV-20961-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lauren Fleischer Louis' Report and Recommendation (DE 152) on Defendants' Motion to Strike the consent forms of opt-in Plaintiffs Tania Francois and AnneMarie Henry (DE 130). Defendants did not file objections to the Report and the time to do so has now passed.

In the Report, Judge Louis recommends that Defendants' Motion (DE 130) be **DENIED WITHOUT PREJUDICE** as prematurely filed. Judge Louis explained that Defendants can renew their arguments as to why these opt-in plaintiffs do not fall into the conditional class at the close of discovery. On September 24, 2021, Defendants filed a Motion for Decertification (DE 157), in which they renewed their arguments as to why Tania Francois and AnneMarie Henry do not belong in this action. Accordingly, based upon an independent review of the Report and the full record in this case, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Louis' Report (DE 152) is **ADOPTED AND AFFIRMED.**

    2.    Defendants' Motion to Strike (DE 130) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in chambers in Miami, Florida this 21st day of October, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE