UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20961-CIV-WILLIAMS

SILVA HARAPETI, *on behalf of herself and
all other similarly situated individuals*,

    Plaintiff,

v.

CBS TELEVISION STATIONS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lauren Louis' Report and Recommendation ("the Report") (DE 211) on Defendants CBS Television Stations, Inc.'s and CBS Broadcasting Inc.'s (collectively, the "Defendants'") Motion for Decertification (DE 157). In the Report, Judge Louis recommends that the Court grants Defendants' Motion for Decertification. (DE 211 at 2.) No objections to the Report were filed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 211) are **AFFIRMED AND ADOPTED**.
2. Defendants' Motion for Decertification (DE 157) is **GRANTED** and the collective conditionally certified by the Court's prior order (DE 121) is **DECERTIFIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of February, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE