UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-CV-20961-KMW

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS INC., *a Foreign Profit Corporation*, *et al.*,

    Defendants.
_____/

## MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Verdict (DE 256), Defendants CBS Television Stations Inc. and CBS Broadcasting, Inc. f/k/a Group W Television Stations, Inc. d/b/a CBS Television Stations and/or CBS Television Stations Group ("Defendants"), by and through undersigned counsel, hereby move for entry of a Final Judgment in their favor and against Plaintiff Silva Harapeti ("Plaintiff") and in support thereof state as follows:

1. On April 28, 2022, the above-captioned matter proceeded to a jury trial on Plaintiff's only remaining claim for overtime compensation under the Fair Labor Standards Act ("FLSA"). *See generally* Am. Compl. (DE 95) at Counts I–II (alleging overtime violations against Defendants); Order (DE 219) (dismissing Plaintiff's FLSA retaliation claim under Count III).

2. On May 2, 2022, the jury in the above-captioned matter returned a verdict in favor of Defendants. *See* Verdict (DE 256). Specifically, the jury found that Plaintiff was a creative professional as defined by the FLSA and, thus, not entitled to overtime. *Id.*

3. Pursuant to Federal Rule of Civil Procedure 58 and the jury's Verdict, Defendants are entitled to the entry of a Final Judgment in this case. *See* Fed. R. Civ. P. 58(a), (d).

4. Accordingly, Defendants respectfully request that this Court enter the proposed Final Judgment attached hereto as **Exhibit A**, and reserve jurisdiction to address any still-pending motions, such as Defendants' Motion for Sanctions (DE 252), as well as any costs motions or other post-trial motions.

WHEREFORE, Defendants respectfully request that the Court grant this Motion, enter the Final Judgment in their favor attached as **Exhibit A**, reserve jurisdiction on all post-trial motions, and for any further relief as the Court deems just and proper.

Respectfully submitted this 11th day of May, 2022.

>BAKER & MCKENZIE LLP
>*Attorneys for CBS Television Stations, Inc.*
>Sabadell Financial Center
>1111 Brickell Avenue, Suite 1700
>Miami, Florida 33131
>Telephone: (305) 789-8900
>Facsimile:  (305) 789-8953
>
>By:  /s/ *William V. Roppolo*
>William V. Roppolo, Esq.
>Florida Bar No. 182850
>william.roppolo@bakermckenzie.com
>
>Benjamin C. Davis, Esq.
>Florida Bar No. 110734
>benjamin.davis@bakermckenzie.com
>
>– *and* –
>
>Blair J. Robinson (*Pro Hac Vice*)
>Paul C. Evans (*Pro Hac Vice*)
>Krissy Katzenstein (*Pro Hac Vice*)
>BAKER & MCKENZIE LLP
>452 Fifth Avenue
>New York, NY 10018
>Telephone: (212) 626-4100
>Facsimile: (212) 310-1632
>blair.robinson@bakermckenzie.com
>paul.evans@bakermckenzie.com
>krissy.katzenstein@bakermckenzie.com

**CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

I HEREBY CERTIFY that prior to filing this Motion counsel for Defendant contacted counsel for Plaintiff, via email in a good faith effort to resolve the issues raised herein. Counsel for Defendant has communicated several times via email with counsel for Plaintiff regarding the relief sought. Although counsel for Plaintiff has responded, as of the time of this filing, counsel for Plaintiff has yet to advise as to whether Plaintiff opposes the relief sought. Counsel for Defendants will continue their conferral efforts.

By: /s/ *Benjamin C. Davis*
Benjamin C. Davis

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *William V. Roppolo*
William V. Roppolo, Esq.

## SERVICE LIST

### SILVA HARAPETI,

v.

### CBS TELEVISION STATIONS, INC., *et al.*,

### CASE NO: 20-CV-20961-KMW

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Peter M. Hoogerwoerd, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
pmh@rgpattorneys.com
Phone: (305) 416-5000
Facsimile: (305) 416-5005
*Attorneys for Plaintiff Silva Harapeti*

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131 – (305) 789-8900