# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-CV-20961-KMW

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS INC., *a Foreign Profit Corporation*, et al.,

    Defendants.

_____/

**[PROPOSED] FINAL JUDGMENT**

**THIS MATTER** is before the Court following a jury trial. The jury having rendered its Verdict (DE 256), and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants CBS Television Stations Inc. and CBS Broadcasting, Inc. f/k/a Group W Television Stations, Inc. d/b/a CBS Television Stations and/or CBS Television Stations Group ("Defendants"), and against Plaintiff Silva Harapeti ("Plaintiff").

2. The Court reserves jurisdiction to take appropriate action on post-trial motions.

**DONE AND ORDERED** in Chambers in Miami, Florida, this \_\_\_ of May, 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE