UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 20-CIV-20961-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS INC.,
*et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following a jury trial and on the Motion for Entry of Final Judgment (DE 263) filed by Defendants CBS Television Stations Inc. and CBS Broadcasting, Inc. f/k/a Group W Television Stations, Inc. d/b/a CBS Television Stations and/or CBS Television Stations Group (collectively, the "Defendants"). Pursuant to Federal Rule of Civil Procedure 58 and the jury's Verdict (DE 256), it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion (DE 263) is **GRANTED**. Judgment is **ENTERED** in favor of Defendants, and against Plaintiff Silva Harapeti ("Plaintiff").

2. The Court reserves jurisdiction to take appropriate action on any pending and post-trial motions, including but not limited to Defendants' Motion for Sanctions (DE 252).

3. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>23rd</u> day of May, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE