# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 17, 2023

FILED BY ____JE____ D.C.
**Jul 17, 2023**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 23-10553-GG
Case Style: Silva Harapeti v. CBS Television Stations Inc., et al
District Court Docket No: 1:20-cv-20961-KMW

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-10553-GG

_____

SILVA HARAPETI,
and other similarly situated individuals,

          Plaintiff - Appellant,

versus

CBS TELEVISION STATIONS INC.,
A Foreign Profit Corporation,
CBS BROADCASTING, INC.,
f.k.a. Group W Television Stations, Inc.,
d.b.a. CBS Television Stations,
d.b.a. CBS Television Stations, Group,

          Defendants – Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: The joint motion to voluntarily dismiss appeal is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective July 17, 2023.

        DAVID J. SMITH
    Clerk of Court of the United States Court
     of Appeals for the Eleventh Circuit

            FOR THE COURT - BY DIRECTION